UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS GALINDO ARZATE,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, Administrator, et al.,<br><br>Respondents. | No. 1:25-cv-00942-KES-SKO (HC)<br><br>**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**<br><br>[THIRTY DAY DEADLINE] |

Petitioner has filed a petition for writ of habeas corpus challenging his indefinite detention by the United States Bureau of Immigration and Customs Enforcement ("ICE").

Petitioner filed the instant petition on August 1, 2025, along with a motion for temporary restraining order. (Docs. 1, 2.) Petitioner claims his due process rights were violated when he was re-arrested without notice and hearing. On August 4, 2025, the Court granted the motion. (Doc. 8.) Petitioner was ordered released, and Respondents were enjoined and restrained from re-detaining petitioner without first providing Petitioner with a bond hearing before an immigration judge at which the Government must prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community such that his re-detention is warranted. (Id.) On August 19, 2025, after briefing by the parties, the Court granted a preliminary injunction finding Petitioner was likely to succeed on the merits of his claim. (Doc. 15.) Respondents were enjoined and restrained from re-detaining Petitioner without first providing him with a bond hearing before

a neutral arbiter at which the Government must prove by clear and convincing evidence that Petitioner is a flight risk or danger to the community such that his re-detention is warranted. (Doc. 15.)

On December 5, 2025, the District Court referred the matter to this Court for preparation of findings and recommendations on the merits of the petition. (Doc. 24.) Accordingly, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted.  Rule 4, Rules Governing Section 2254 Cases; see Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).  If not already provided, Respondent SHALL INCLUDE a copy of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases.

Accordingly, it is HEREBY ORDERED:

1. Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted.  The Response to the Order to Show Cause is due within THIRTY (30) days of the date of service of this order.
2. Petitioner may file a Traverse to the Response within THIRTY (30) days of the date the Response to the Order to Show Cause is filed with the Court.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).  As such, the matter will be taken under submission following the filing of Petitioner's Traverse or the expiration of the time for filing the Traverse.  All other briefing in this action is suspended.

IT IS SO ORDERED.

Dated:   **December 9, 2025**              /s/ *Sheila K. Oberto*
                                                         UNITED STATES MAGISTRATE JUDGE