**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE LUIS GALINDO ARZATE, | Case No. 1:25-cv-00942 KES SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| v. | |
| TONYA ANDREWS, Administrator of Golden State Annex Detention Facility, et al., | |
| Respondents. | Doc. 28 |

Petitioner Jorge Luis Galindo Arzate brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his detention as a violation of his due process rights. *See generally* Doc. 1.

On August 1, 2025, Petitioner filed a motion for temporary restraining order. Doc. 2. The Court granted the motion and ordered Respondents to release Petitioner and to reinstate his bond order. Doc. 8. The Court converted the motion to one for a preliminary injunction, granted injunctive relief, and referred the petition to the magistrate judge for further proceedings. Docs. 15, 24. Following Petitioner's release from custody, Respondents argued the petition should be dismissed as moot. Doc. 26.

On February 12, 2026, the magistrate judge issued findings and recommendations that rejected the argument that the petition was moot, as Petitioner sought permanent relief to protect his liberty interest, and recommended that "the petition be granted for the same reasons set forth

1

in the District Court's orders granting a temporary restraining order and preliminary injunction." Doc. 28 at 2-3. Respondents filed a one-sentence objection to the findings and recommendations, indicating they stood on their previous briefing. Doc. 30.

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review. Having carefully reviewed the case, the Court concludes that the findings and recommendations are supported by the record and proper analysis. The Court ORDERS:

1.    The findings and recommendations issued on February 12, 2026 (Doc. 28) are ADOPTED in full.

2.    The petition for writ of habeas corpus is GRANTED.

3.    Respondents are ENJOINED and RESTRAINED from re-detaining Petitioner Jorge Luis Galindo Arzate unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified.[1]

4.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    May 1, 2026

_____
UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.

2