Judah Lakin (SBN 307740)
judah@lakinwille.com
Amalia Wille (SBN 293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Facsimile: (510) 379-9219

*Attorneys for Petitioner*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LUIS GALINDO ARZATE,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, ET. AL.<br><br>Respondents. | Case No: 1:25-cv-00942-KES-EGC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR MOTION FOR ATTORNEYS FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**<br><br>(Doc. 33) |

Whereas, the Court granted the Petition for Writ of Habeas Corpus and entered judgment in this matter on May 4, 2026, *see* Dkts. 31, 32; and

Whereas, any motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in this case is currently due on July 31, 2026, *see* 28 U.S.C. § 2412(d)(1)(B); and

Whereas, no previous requests or stipulations for enlargements of time regarding the EAJA deadline have been made in this case; and

Whereas Petitioner and Respondent have agreed to extend the filing deadline for any EAJA motion to allow the Supreme Court to decide whether, under EAJA, the phrase “any civil action” encompasses habeas petitions challenging immigration detention. *See Montoya Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057 (U.S. June 29, 2026).

Pursuant to Civil Local Rules 143, 144, and subject to the Court’s approval, Petitioner and Respondents hereby stipulate as follows:

1. The deadline for filing a motion for attorney’s fees and costs pursuant to the Equal Access to Justice Act in this case is stayed pending a decision in *Montoya Palacios*. Within 30 days of the Supreme Court’s decision in *Montoya Palacios*, Petitioner will file a Motion for Fees costs pursuant to the Equal Access to Justice Act or other notification.

Dated: July 23, 2026

Respectfully submitted,

*s/Judah Lakin*
Judah Lakin
Amalia Wille
LAKIN & WILLE LLP
*Attorneys for Petitioner*

*s/Anthony Andrews* (as authorized on July 23, 2026)
Anthony Andrews
Assistant United States Attorney
United States Attorney’s Office
Eastern District of California
*Attorney for Respondents*

**ORDER**

The stipulation, (Doc. 33), is hereby GRANTED. The deadline for filing a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act in this case is STAYED pending a decision in *Montoya Palacios*. Petitioner SHALL have 30 days after the Supreme Court's decision in *Montoya Palacios* by which to file a Motion for Fees costs pursuant to the Equal Access to Justice Act.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE